TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-09-00501-CR






Randy Ates, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT

NO. D-1-DC-06-302099, HONORABLE JON N. WISSER, JUDGE PRESIDING





O R D E R

PER CURIAM

 Appellant has filed a third motion for extension of time to file his brief, which was
originally due on December 21, 2009. We grant the motion and order that the brief be filed no later
than May 21, 2010. No further extensions will be granted. Failure to file the brief by that date will
result in the cause being abated to the trial court for a hearing pursuant to rule 38.8(b). See Tex. R.
App. P. 38.8(b).


Before Justices Patterson, Puryear and Henson

Filed: May 11, 2010

Do Not Publish